IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

RECEIVED
CLERK'S OFFICE
2014 JUL 23 AM 8:36
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983

Saleeban ISSE adan
# 1000439372

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF):

Plaintiff(s)

VS.

American music record
And Hi Max Prison And
all The People.

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO. 5:14-CV-274

## I. GENERAL INFORMATION

1. Your full name and prison number  Saleeban ISSE adan #1000439372

2. Name and location of prison where you are now confined  Georgia State Prison 2164 Highway 147 Reidsville, GA. 30499

3. Sentence you are now serving (how long?)  life

   (a) What were you convicted of?  DeKalb county Jail, Homicide.

   (b) Name and location of court which imposed sentence  DeKalb County Superior court 556 N. McDonough Street Decature, GA. 30050

   (c) When was sentence imposed?  12-08-2010

   (d) Did you appeal your sentence and/or conviction?  ☐ Yes  ☑ No

   (e) What was the result of your appeal?  There is no any Appeal I took plea bargain.

   (f) Approximate date your sentence will be completed  life

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with the <u>SAME FACTS</u> involved in this lawsuit or otherwise related to your imprisonment?   ☐ Yes   ☐ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
       Plaintiff(s): _____ N/A _____

       Defendant(s): _____

   (b) Name of Court: _____
   (c) Docket Number: _____ When did you file this lawsuit? __N/A__
   (d) Name of judge assigned to case: _____
   (e) Is this case still pending   ☐ Yes   ☐ No
   (f) If your answer to (e) is "No," when was it disposed of and what were the results?
       (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

## III. PRESENT CONFINEMENT

6. Where are you <u>now</u> confined? _Georgia State Prison._

   (a) How long have you been at this institution? _Two months_
   (b) Does this institution have a grievance procedure?   ☐ Yes   ☑ No
   (c) If your answer to question 6(b) is "Yes," answer the following:
       (1) Did you present your complaint(s) herein to the institution as a grievance?
           ☐ Yes   ☑ No
       (2) What was the result? _There is no reason to fill grievance._

   (d) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.
       _N/A_

7. In what other institutions have you been confined? Give dates of entry and exit.

N/A -

## IV. PARTIES TO THIS LAWSUIT

8. List the name and address of <u>each</u> plaintiff in this lawsuit.

Saleeban Isse adan # 1000439372 · 2164 Highway 147 Reidsville, Georgia 50499.

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

American music Record And Hi max Prison. And all the people.

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

   Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, AND <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

## STATEMENT OF CLAIM (CONTINUED)

Where did the incident you are complaining about occur? That is, at what institution or institutions? _____

When do you allege this incident took place? 7-17-2014.

What happened? The American music Record They made me songs with my criminal cases. The till max Prison in Jackson Georgia I would Dorm B wing. I want all People to give money for Lattacking my Hearts. And Knowing in this matter.

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

All People and god know and Heard in This cases

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I want To Sue every Pirate women, man and child.

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure.*

Signed this 17 day of July, 20 14.

_____
PLAINTIFF

## DECLARATION UNDER PENALTY OF PERJURY

Under penalty of perjury, I declare, verify, affirm, and state that all statements I have made in the within and foregoing document and its attachment/s are true and correct to the best of my belief based on the information and knowledge I have at the time of making this declaration. 28 U.S.C. 1746. O.C.G.A. 9-10-110: 9-10-111.

Date: 7-17-2014                                   Saleeban adan
                                                  Declarant

## CERTIFICATE OF SERVICE

Under penalty of perjury, I certify, verify, affirm, and state that I have mailed a copy of the within and foregoing document and its attachment/s, today, through the internal mail system of the prison and/or via United States Postal Service, adequate first-class postage affixed thereto, to cause its prompt delivery to the following:--

(1) _____

(2) _____

(3) _____

(4) _____

DATE: 7-17-2014                    Saleeban adan #1000459372
                                   Signature

                                   Address: Georgia State Prison
                                   2164 Highway 147
                                   Reidsville, Georgia 30499