IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SALEEBAN ISSC ADAN, | : |
| Plaintiff, | : |
| VS. | : NO. 5:14-CV-0274-MTT-MSH |
| AMERICAN MUSIC RECORD, HI MAX PRISON, and ALL THE PEOPLE, | : |
| Defendants. | : |

## ORDER

Plaintiff Saleeban Issc Adan, an inmate confined at Georgia State Prison in Reidsville, Georgia, has filed a *pro se* civil rights complaint in this Court seeking relief under 42 U.S.C. § 1983. Because Plaintiff failed to pay the required fee at the time of filing, the Court will presume that he also seeks leave to proceed in this action *in forma pauperis*. Such leave is **GRANTED**, but only for the purpose of this Order, as the Court has conducted a preliminary review of Plaintiff's Complaint and finds it to be frivolous. *See* 28 U.S.C. § 1915A(b)(1).

Under 28 U.S.C. § 1915A, a federal court is required to review pleadings filed by prisoners and dismiss any complaint against a governmental entity or officer or employee of a governmental entity that is frivolous or malicious or fails to state a claim upon which relief may be granted. *Id.* When conducting the preliminary review, the district court must accept all factual allegations in the complaint as true. *Brown v. Johnson*, 387 F.3d 1344, 1347 (11th Cir. 2004). *Pro se* pleadings are also "held to a less stringent standard than pleadings drafted by attorneys" and are "liberally construed." *Tannenbaum v.*

*United States*, 148 F.3d 1262, 1263 (11th Cir. 1998). A claim is nonetheless considered frivolous – and will be dismissed - when, on the face of the complaint, the factual allegations are "clearly baseless," or the legal allegations are "indisputably meritless." *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir.1993) (citation omitted).

In this action, Plaintiff seeks to sue "American Music Record," "Hi Max Prison," and "All the people." Plaintiff's only allegations are as follows:

> The American Music Record made me songs with my criminal cases. The Hi Max Prison in Jackson, Georgia I would Dorm-B wing. I want all people to give money for attacking my hearts and knowing in this matter.

Compl. at 4. These allegations make no sense. Thus, even when liberally construed and read in the light most favorable to Plaintiff, the Complaint fails to describe any facts which would give rise to a claim or identify any person who may be sued under § 1983. The Court accordingly finds that Plaintiff's claims, whatever they may be, are "indisputably meritless." *See Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir.1993) (per curiam). Plaintiff's Complaint is accordingly **DISMISSED** as frivolous under 28 U.S.C. § 1915A(b)(1). *See id.*

**SO ORDERED** this 29th day of July, 2014.

                    S/ Marc T. Treadwell
                    MARC T. TREADWELL, JUDGE
                    UNITED STATES DISTRICT COURT

jlr